SET ASIDE JUDGMENT; REMAND; Opinion Filed December 7, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00791-CV

## IN THE MATTER OF THE MARRIAGE OF MICHAEL A. BURSTEIN and BRENDA D. TIME

On Appeal from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 06-07726-V

# MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers

The parties have filed an agreed motion to dismiss the appeal stating they have reached a settlement, and requesting we set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for rendition of a judgment in accordance with the parties' rule 11 agreement, which they have attached to their agreed motion to dismiss the appeal.

The motion is granted. The judgment of the trial court signed on March 30, 2011 is set aside, and the cause is remanded to the trial court for rendition of a new judgment in accordance with the parties' rule 11 agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

110791F.P05                                                    PER CURIAM



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF THE MARRIAGE OF
MICHAEL A. BURSTEIN and BRENDA D.
TIME

No. 05-11-00791-CV

Appeal from the 303rd Judicial District Court
of Dallas County, Texas. (Tr.Ct.No. 06-
07726-V).
Opinion delivered per curiam before Justices
Richter, Lang-Miers, and Myers.

       In accordance with this Court's opinion of this date, the judgment of the trial court is **SET
ASIDE** without regard to the merits and the case is **REMANDED** to the trial court for rendition of
judgment in accordance with the parties' rule 11 agreement. It is **ORDERED** that each party bear
its own costs.

Judgment entered December 7, 2012.

_____
LANA MYERS
JUSTICE